

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00048-CV

---

IN THE ESTATE OF CAROLYN C. HARDESTY, DECEASED

On Appeal from the Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2010-PR01500-2-A

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

The reporter's record in this matter was filed June 5, 2013, and the clerk's record was filed June 25, 2013, making the appellant's brief due July 25, 2013.  The briefing deadline was extended twice on appellant's motion, and the brief is currently due September 25, 2013.  On September 25, 2013, appellant's counsel filed a third motion to extend the deadline for filing appellant's brief.

We have reviewed counsel's third motion to extend and the record on appeal, and we have been provided with no compelling information to convince us that counsel needs additional time to prepare this brief, given the fact that the supplemental clerk's record was filed September 26, 2013. Consequently, the motion to extend time to file appellant's brief is overruled.

By this order, we set the final deadline for filing appellant's brief as October 9, 2013. Should appellant fail to file a brief within the time allotted, this appeal may be dismissed for want of prosecution pursuant to Rule 42.3 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.3.

IT IS SO ORDERED.

BY THE COURT

Date:   October 2, 2013